1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   United States of America,          )   05-7267M
                                        )
10            Plaintiff,                )   **ORDER**
                                        )
11  vs.                                 )
                                        )
12                                      )
    Martin Arvayo-Cordova,              )
13                                      )
              Defendant.                )
14  _____)

15

16          This Court has received and considered Defendant's Motion To Extend Time To

    Indict (Dkt. #4) and the Government's Response (Dkt. #6).  Contrary to the Government's
17
    boilerplate Response, defense counsel is not seeking more time "to review discovery and to
18
    investigate the defense" as a basis of the subject motion.  The Motion will be denied without
19
    prejudice for failing to comply with the requirements of 18 U.S.C. §3161(h)(8)(A) and (B)
20
    to obtain an extension of time to indict. See, United States v. Ramirez-Cortez, 213 F.3d 1149
21
    (9th Cir. 2000).
22
            **IT IS ORDERED denying** without prejudice Defendant's Motion to Extend time to
23
    Indict (Dkt. #4).
24
            DATED this 19th day of October, 2005.
25

26

27                                      _____
                                        Lawrence O. Anderson
                                        United States Magistrate Judge
28